

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 02-00715-MMM |
| ) | |
| ) | ORDER OF DETENTION AFTER HEARING |
| Plaintiff, ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ) | 18 U.S.C. 3143(a)] |
| v. ) | |
| ) | |
| MICHAEL JOSEPH ANDRADE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1  released under 18 U.S.C. § 3142(b) or (c).  This finding is

2  based on his failure to proffer any evidence to meet his burden

3  on this issue;

4  and

5  B.  (X)  The defendant has not met his burden of establishing by

6  clear and convincing evidence that he is not likely to pose a

7  danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).  This finding is

9  based on his failure to proffer any evidence to meet his burden

10  on this issue.

11  IT THEREFORE IS ORDERED that the defendant be detained pending

12  the further revocation proceedings.

13

14  DATED: November 15, 2010

15  _____

16  MARGARET A. NAGLE
   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2